No. 959 December 26, 2024 191

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of S. M.,
a Person Alleged to have Mental Illness.

STATE OF OREGON,
*Respondent,*

*v.*

S. M.,
*Appellant.*

Multnomah County Circuit Court
23CC06599; A182820

Michael J. Riedel, Judge pro tempore.

Submitted November 8, 2024.

Christopher J. O'Connor and Multnomah Defenders, Inc.,
filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman,
Solicitor General, and Joanna L. Jenkins, Assistant
Attorney General, filed the brief for respondent.

Before Tookey, Presiding Judge, Lagesen, Chief Judge,
and Kamins, Judge.

PER CURIAM

Affirmed. *State v. Waters*, 165 Or App 645, 997 P2d 279,
*rev den*, 331 Or 429 (2000), *cert den*, 532 US 1040 (2001).